THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD GLASER, Appellant, against JOSEPH H. BROPHY, as Warden of Auburn State Prison, Respondent.

Submitted March 1, 1940; decided March 15, 1940.

*Edward Glaser*, appellant, in person.

*John J. Bennett, Jr.*, Attorney-General (*Edward T. Boyle* and *Patrick H. Clune* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY and CONWAY, JJ. Taking no part: SEARS and LEWIS, JJ.